Judge Karen A. Overstreet
Hearing Date: April 27, 2011
Hearing Location: Marysville 10:30 a.m.
Response Date: April 20, 2011

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: ) Chapter 7
) No.10-11788
CONSTANTINOS JOHN )
SCANDALIS and MARIA JOHN )
SCANDALIS ) ORDER ON CLAIMS
)
Debtor )

This matter came on to be heard upon the Trustee's Proposed Treatment of Claims and Notice of Hearing. The Trustee withdrew his objection to claim 7 filed by American Express Centurion Bank. American InfoSource L.P. filed an Amended Proof of Claim 9 on behalf of FIA Card Services, N.A.; the Amendment was not treated as a response to the Trustee's Propsoed Treatment of Claims. No one appeared on behalf of the creditor. The Court considered the presentations of counsel. The Court being fully advised in the premises,

IT IS ORDERED that the claims are to be allowed and disallowed as set forth below:

| Claim | Creditor | Class | Claimed | Allowed |
|---|---|---|---|---|
| 1 | Digestive Disease Center | Unsec. | $ 298.94 | $ 298.94 |
| 2 | Chase Bank USA NA | Unsec. | $ 5,216.25 | $ 0.00 |
| 3 | Chase Bank USA NA | Unsec. | $ 3,433.63 | $ 0.00 |
| 4 | GE Money Bank | Unsec. | $ 758.59 | $ 0.00 |
| 5 | HSBC Bank Nevada, N.A | Unsec. | $ 649.94 | $ 0.00 |
| 6 | Boeing Employee Credit Union | Unsec. | $ 24,595.52 | $ 24,595.52 |
| 7 | American Express Centurion Bank | Unsec. | $ 11,523.64 | $ 11,523.64 |
| 8 | American Express Bank, FSB | Unsec. | $ 805.00 | $ 805.00 |
| 9 | FIA Card Services, NA/Bank of America | Unsec. | $ 11,839.06 | $ 0.00 |
| 10 | FIA Card Services, NA/Bank of America | Unsec. | $ 14,611.95 | $ 14,611.95 |

IT IS ORDERED that the following claims be disallowed for the reasons set forth:

| Claim | Creditor | Reason |
|---|---|---|
| 2 | Chase Bank USA NA | No supporting documentation. |

Order on Claims - 1

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 671-0300

| | | |
|---|---|---|
| 3 | Chase Bank USA NA | No supporting documentation. |
| 4 | GE Money Bank | No supporting documentation. |
| 5 | HSBC Bank Nevada, N.A | No supporting documentation. |
| 9 | FIA Card Services, NA/Bank of America | No supporting documentation |

Dated:

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

s/Peter H. Arkison
Peter H. Arkison
Chapter 7 Trustee
WSBA 5530

Order on Claims - 2

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 671-0300

Case 10-11788-KAO    Doc 26    Filed 05/03/11    Ent. 05/03/11 08:49:10    Pg. 2 of 2